IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DEANNA MONTIEL,** | : | Case No. 1:19-cv-427 |
| | : | |
| Plaintiff, | : | JUDGE TIMOTHY S. BLACK |
| | : | |
| v. | : | |
| | : | |
| **CEDAR FAIR, L.P.,** | : | |
| | : | |
| Defendant. | : | |

## VOLUNTARY STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff, Deanna Montiel, and Defendant, Cedar Fair, L.P., that Plaintiff's claims against Defendant in the above-referenced matter are hereby dismissed with prejudice. All parties shall bear their respective costs and attorneys' fees.

| | |
|---|---|
| Respectfully submitted, | |
| */s/ Bradley L. Gibson* | */s/* David R. Hudson (per email authorization) |
| Bradley L. Gibson (0085196) | Justin D. Harris (0078252) |
| Brian G. Greivenkamp (0095918) | David R. Hudson (0084988) |
| GIBSON LAW, LLC | REMINGER CO., L.P.A. |
| 9200 Montgomery, Road, Suite 11A | 237 W. Washington Row, 2nd Floor |
| Cincinnati, OH  45242 | Sandusky, Ohio  44870 |
| 513.834.8254 [T] | 419.609.1311 [T] |
| 513.837.8251 F] | 419.626.4805 [F] |
| brad@gibsonemploymentlaw.com | jharris@reminger.com |
| brian@gibsonemplomentlaw.com | dhudson@reminger.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of foregoing was served on all counsel of record in the above-referenced matter via the Court's ECF System this 2nd day of April 2020.

                                                                  /s/ Bradley L. Gibson
                                                                    Bradley L. Gibson (0085196)